JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANETTE JAIME,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>PALMER-GENERAL CORPORATION, a California Corporation; THE PUMPKIN FACTORY LLC, a California Limited Liability Company; and DOES 1-10,<br><br>　　　　Defendants. | Case No. 5:17-cv-02276-PA (SPx)<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>Complaint Filed: November 8, 2017<br>Trial Date:　　　None Set |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Stipulation for Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and good cause appearing therefor, IT IS HEREBY ORDERED THAT:

1. The above-referenced action be DISMISSED in its entirety and with prejudice as to each and all of Plaintiff Jeanette Jaime's claims and causes of action as alleged in the above-referenced action.

2. The parties are to bear their respective costs, attorneys' fees, and expenses.

**IT IS SO ORDERED.**

Dated: February 09, 2018

_____
Hon. Percy Anderson
United States District Judge